[No. 48986-1-I.   Division One.   August 19, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. RUSSELL LYDELL SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-05162-5, Michael Hayden, J., entered July 31, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 49035-4-I.   Division One.   August 19, 2002.]

*In the Matter of* E.J.F.

THE STATE OF WASHINGTON, *Respondent*, v. E.J.F., *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 00-8-00856-1, Steven J. Mura, J., entered August 30, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 49044-3-I.   Division One.   August 19, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. VIKTOR KUZMIN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-1-02343-4, Kenneth L. Cowsert, J., entered August 20, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 49049-4-I.   Division One.   August 19, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. TOMMY D. HOLLINS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-00604-1, Michael Hayden, J., entered August 8, 2001. *Affirmed in part* and *remanded* by unpublished per curiam opinion.